1 | STEVEN P. KRAKOWSKY
ATTORNEY AT LAW
2 | 10350 Santa Monica Boulevard
Suite 350
3 | Los Angeles, California 90025
(310)552-7525
4 | (310)552-7552 (fax)
State Bar No. 94047
5

6 | Attorney for plaintiff and counterdefendant
BREAKDOWN SERVICES, LTD. and counterdefendant
GARY MARSH
7

FILED
CLERK, U.S. DISTRICT COURT

**FEB 27 2007**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

10

11 | BREAKDOWN SERVICES, LTD., a )
12 | California corporation,           )
                                      )   Case No. CV05-6732DDP(CTx)
13 |          Plaintiff,              )
                                      )   STIPULATION FOR DISMISSAL
14 |    vs.                           )   OF ACTION; AND ORDER
                                      )   [Proposed].
15 | NOW CASTING, INC., a             )
California corporation,               )
16 |                                  )
           Defendant.                 )
17 | _____    )
                                      )
18 | NOW CASTING, INC., a California  )
corporation,                          )
19 |                                  )
           Counterclaimant,           )
20 |                                  )   CASE ASSIGNED TO:
     vs.                              )   HON. DEAN D. PREGERSON
21 |                                  )
BREAKDOWN SERVICES, LTD., a           )
22 | California corporation; and      )
GARY MARSH, an individual,            )
23 |                                  )
           Counterdefendants.         )
24 | _____    )

25

26

DOCKETED ON CM

**FEB 28 2007**

BY _____ 012

139

27

28

-1-

STIPULATION FOR DISMISSAL OF ACTION; AND ORDER

**STIPULATION**

IT IS HEREBY STIPULATED by and between plaintiff and counterdefendant Breakdown Service, Ltd ("Breakdown Services") and counterdefendant Gary Marsh ("Marsh") and defendant and counterclaimant Now Casting, Inc. ("NCI"), through their respective attorneys of record, as follows:

1. The Action, including the complaint of Breakdown Services against NCI, along with the counterclaim of NCI against Breakdown Services and Marsh, shall be dismissed with prejudice.

2. Breakdown Services, Marsh and NCI shall each bear their own attorney's fees and costs of suit.

DATED: February 20 2007

STEVEN P. KRAKOWSKY
Attorney for plaintiff and
counterdefendant BREAKDOWN
SERVICES, LTD and counter-
defendant GARY MARSH

DATED: February 20, 2007

IVES, KIRWAN & DIBBLE

By
CHRISTOPHER GRIVAKES
Attorneys for defendant and
counterclaimant NOW CASTING,
INC.

-2-

STIPULATION FOR DISMISSAL OF ACTION; AND ORDER

1

## ORDER

2        In accordance with the foregoing Stipulation,

3        IT IS HEREBY ORDERED that the Action, including the complaint of Breakdown

4    Services against NCI, along with the counterclaim of NCI against Breakdown Services and

5    Marsh, shall be dismissed with prejudice. Breakdown Services, Marsh and NCI shall each bear

6    their own attorney's fees and costs of suit.

7

8    DATED: February 2, 2007

9                          HON. DEAN D. PREGERSON

10                         United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

## PROOF OF SERVICE BY MAIL

1

2   I, Steven P. Krakowsky, am employed in the County of Los Angeles, State of California.
I am over the age of 18 years and not a party to the within action; my business address is 10350
3   Santa Monica Boulevard, Suite 350, Los Angeles, California 90025.

4   On February 20, 2007, I served the within STIPULATION FOR DISMISSAL OF
ACTION; AND ORDER [Proposed]. in this action by placing a true copy thereof enclosed in a
5   sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles,
California addressed as follows:

6

Christopher Grivakes, Esq.
7   Ives, Kirwan & Dibble
660 South Figueroa Street
8   Suite 1990
Los Angeles, CA 90017

9

Joel R. Bennett, Esq.
10   Dykema Gossett, LLP
333 South Grand Avenue
11   Suite 2100
Los Angeles, CA 90071

12

Executed on February 20, 2007, at Los Angeles, California.

13

I declare that I am employed in the office of a member of the bar of this court at whose
14   direction the service was made.

15

16   STEVEN P. KRAKOWSKY

17

18

19

20

21

22

23

24

25

26

27

28

-4-